Form:ntc7clwd

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 14−51270−tjt
Chapter: 7

In Re: (NAME OF DEBTOR(S))
   P J Cotter
   P.O. Box 131
   Anchorville, MI 48004

Social Security No.:
   xxx−xx−6969

Employer's Tax I.D. No.:

## NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtor(s) did not file Official Form 423, Certification About a Financial Management Course.

Dated: 2/19/16

                        BY THE COURT

                        Katherine B. Gullo , Clerk of Court
                        U.S. Bankruptcy Court